CR 22-364 KMM/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
        Plaintiff,

**INDICTMENT**

18 U.S.C. § 751(a)

v.

TAVON TARRELL TIMBERLAKE,

        Defendant,

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Escape From Custody)

On or about February 21, 2022, in the State and District of Minnesota, the defendant,

**TAVON TARRELL TIMBERLAKE,**

who by virtue of a felony conviction, was in the custody of the Bureau of Prisons and lawfully confined to the Volunteers of America Residential Reentry Center at the direction of the Attorney General, did knowingly leave the custody of the Bureau of Prisons without authorization, all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

_____      _____
UNITED STATES ATTORNEY           FOREPERSON

