Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Tavon Tarrell Timberlake

Docket No. 0864 0:19CR00148-001(NEB)

Docket No. 0864 0:22CR00364-001(NEB)

Petition on Supervised Release

COMES NOW **Justin D. Harding**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tavon Tarrell Timberlake** who was sentenced for Failing to Surrender for Service of Sentence on December 18, 2019, by the Honorable Nancy E. Brasel, who fixed the period of supervision at 2 years supervised release, and imposed the defendant terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follow:

- Substance abuse testing
- Submit to search
- No associations

Mr. Timberlake was also sentenced for Escape from Custody on July 26, 2023, by the Honorable Nancy E. Brasel, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Substance abuse programming and testing
- Mental health programming
- Maintain employment
- Reentry Court screening

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION #1: You must not commit another federal, state, or local crime.

MANDATORY CONDITION #2: You must not unlawfully possess a controlled substance.

STANDARD CONDITION #10: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon.

From January through February 2025, law enforcement conducted surveillance on Mr. Timberlake and observed multiple suspected drug transactions between Mr. Timberlake and other individuals in the community. Officers later obtained a search warrant for Mr. Timberlake, his significant other, their vehicle and their residence. On February 19, 2025, officers conducted a stop on a vehicle Mr. Timberlake was driving. His significant other was present in the passenger seat along

CASE 0:22-cr-00364-NEB-ECW   Doc. 71   Filed 05/02/25   Page 2 of 2

Petition on Supervised Release  
Page 2

RE: **Tavon Tarrell Timberlake**  
Docket No. 0864 0:19CR00148-001(NEB)  
Docket No. 0864 0:22CR00364-001(NEB)

---

with another female passenger in the rear seat. A search of the vehicle produced multiple suspected narcotics, drug paraphernalia and two firearms.

A search warrant at Mr. Timberlake's residence was conducted following the search of the vehicle. The search of the residence showed multiple individuals residing there, and officers discovered multiple suspected narcotics within Mr. Timberlake's known bedroom, and a load firearm within a child's bedroom, likely disposed of by another male found within the residence. On February 20, 2025, Mr. Timberlake met with law enforcement and admitted to possessing and selling narcotics.

On March 26, 2025, DNA from a firearm confirmed a mixture originating from five individuals. Specifically, Mr. Timberlake is indicated to be a possible contributor to the DNA mixture.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued, and the defendant be brought before the Court to show cause why supervision should not be revoked.

[The rationale for a warrant is contained in Section 5 of the violation report.]

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 2nd day of May, 2025 and ordered filed and made a part of the records in the above case. | s/ *Justin D. Harding*<br>Justin D. Harding<br>U.S. Probation Officer<br>Telephone: 651-848-1262 |
| s/Nancy E. Brasel<br>Nancy E. Brasel<br>U.S. District Judge | Executed on   May 2, 2025<br>Place   St Paul |
|  | Approved:<br><br>s/*Mathias R. Antony*<br>Mathias R. Antony<br>Supervisory U.S. Probation Officer |